# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MARTIN MENDOZA LOPEZ

        Petitioner,

v.

JEFFREY UTTECHT,

        Respondent.

Civil Action No. CV-12-3044-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Respondent pursuant to the Order Denying Petition for Writ of Habeas Corpus entered on May 16, 2014, ECF No. 33.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a Petition for Writ of Habeas Corpus.

Date: May 16, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas